Haul, Judge.
 

 Boils the County ami Superior Courts have appointed
 
 Joseph Moore
 
 the administrator
 
 oí Rebecca Flecker deceased;
 
 and in the absence of all evidence in the case, tisis Court would see no reason why he ought to be removed, and another appointed. But from the evidence which accompanies this case, abundant reason is shown why he ought
 
 not
 
 to be removed.
 

 The rights of the next of kin of
 
 Rebecca Flecker
 
 are snore likely to he legally adjusted, wises’e they are identified with similar rights claimed by
 
 Joseph Moore,
 
 both of which are to he examined and decided on in the petition now pending betweess him and
 
 Lemuel Moore.
 

 The circumstance that
 
 Lemuel
 
 isad been previously appointed at the saíne term is not of itself a sufficient objection to the appointment of
 
 Joseph,
 
 it admits of two answers: 1st, it does not appear, that
 
 Joseph
 
 had previous notice of the intended application ; 2d, all the days of tiie term arc considered as one, and every thing is in the power of the Court during its continuance.
 

 L’er Curiam. — Judgment affirmed.